UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>DAVID BERNHARDT, *et al.*,<br><br>    *Defendants*. | Case No.  1:20-cv-01532-DLF |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Center for Biological Diversity and Animal Welfare Institute hereby provide notice of voluntary dismissal of the above-captioned case without prejudice. Defendants have not served an answer or a motion for summary judgment in this case, and dismissal without prejudice is proper. FED. R. CIV. P. 41(a)(1)(A)(i), (B).

Dated:  September 2, 2020          Respectfully submitted,

                                                        /s/ Sarah Uhlemann
Sarah Uhlemann
DC Bar No. 501328
Center for Biological Diversity
2400 80th Street NW
Seattle, WA 98117
(206) 327-2344
suhlemann@biologicaldiversity.org

Tanya M. Sanerib
DC Bar No. 473506
Center for Biological Diversity
2400 80th Street NW
Seattle, WA 98117

(206) 379-7363
tsanerib@biologicaldiversity.org

*Attorneys for Plaintiffs*